IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-00083-BNB

VICTOR-TEON LINDSEY II,

    Applicant,

v.

MICHAEL J. WATANABE, d/b/a U.S. Magistrate Judge,
STATE OF COLORADO, a Corporation, and
UNITED STATES OF AMERICA, a/k/a
    UNITED STATES, a/k/a
    USA, a/k/a
    UNITED STATES FEDERAL CORPORATION, a Corporation,
    Any and all Political Subdivisions Thereof Hereinafter Collectively and Severally,

    Respondents.

## ORDER OF DISMISSAL

Applicant, Victor-Teon Lindsey II, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary in Florence, Colorado. He initiated this action by submitting to the Court *pro se* a document titled "Verified Affidavit of Facts by Specific Negative Averment, A Verified Plain Statement of Facts." The Court construed the document as an attempt to file a habeas corpus action. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined that the submitted document was deficient.

Therefore, in an order filed on January 15, 2010, Magistrate Boyd N. Boland ordered Mr. Lindsey to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Lindsey was directed to submit on the Court-approved forms an

Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, as well as to submit a certified copy of his trust fund account statement. The January 15 order informed Mr. Lindsey that the § 1915 motion was necessary only if the $5.00 filing fee was not paid. The order warned Mr. Lindsey that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Lindsey has failed, within the time allowed, to cure the designated deficiencies or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this _23rd_ day of _February___, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00083-BNB

Victor-Teon Lindsey II
Reg No. 19944-051
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/23/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk